BNDDUTY,CLOSED

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: **1:21−mj−03975−LMR−1**

Case title: USA v. Wren

Date Filed: 10/07/2021

Date Terminated: 10/08/2021

Assigned to: Magistrate Judge Lisette M. Reid

**Defendant (1)**

**Donnie Duane Wren**  represented by  **Noticing FPD−MIA**
02534−506                               305−530−7000
*YOB: 1978; ENGLISH*                    Email: MIA_ECF@FD.org
*TERMINATED: 10/08/2021*                *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*
                                        *Designation: Public Defender Appointment*

                                        **Elizabeth Blair**
                                        Federal Public Defender
                                        150 W. Flagler Street, Suite 1700
                                        Miami, FL 33130
                                        305−530−7000
                                        Email: Elizabeth_Blair@fd.org
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Pending Counts**                      **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                   **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                          **Disposition**

Warr/D/DC/Indictment/Civil
disorder/Assaulting resisting and

impeding officers

**Plaintiff**

**USA** represented by **Noticing AUSA CR TP/SR**
Email: Usafls.transferprob@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/07/2021 | 1 | | Invocation of Right to Silence and Counsel by Donnie Duane Wren (Blair, Elizabeth) (Entered: 10/07/2021) |
| 10/07/2021 | 2 | | Magistrate Removal of Indictment from District of Columbia Case number in the other District 21−cr−599 as to Donnie Duane Wren (1). (kss) (Entered: 10/08/2021) |
| 10/07/2021 | 3 | | Minute Order for proceedings held before Magistrate Judge Lisette M. Reid: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Donnie Duane Wren held on 10/7/2021. Bond set: Donnie Duane Wren (1) $50,000 Psb. Date of Arrest or Surrender: 10/6/21. AFPD PROVISIONALLY APPOINTED FOR REMOVAL PROCEEDINGS IN THIS DISTRICT. A CJA PAYMENT IN THE AMOUNT OF $500.00 IS DUE FROM THE DEFENDANT TO DEFRAY COSTS OF COUNSEL. DEFENDANT WAIVED REMOVAL AND AN ORDER OF REMOVAL WILL BE ISSUED. DEFENDANT RELEASED. BOND PAPERS DUE WITHIN 24 HOURS. Attorney added: Noticing FPD−MIA for Donnie Duane Wren (Digital 14:54:00) Signed by Magistrate Judge Lisette M. Reid on 10/7/2021. (cg1) (Entered: 10/08/2021) |
| 10/07/2021 | 4 | | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Donnie Duane Wren (cg1) (Entered: 10/08/2021) |
| 10/07/2021 | 5 | | Order on Partial Indigency for Appointment of Counsel and Distribution of Available Funds as to Donnie Duane Wren Directing Funds in the amount of $500.00 be deposited with the Clerk of Court by 10/15/21. Signed by Magistrate Judge Lisette M. Reid on 10/7/2021. *See attached document for full details.* (cg1) (Entered: 10/08/2021) |
| 10/08/2021 | 6 | | $50,000.00 PSB Bond Entered as to Donnie Duane Wren Approved by Magistrate Judge Lisette M. Reid. *Please see bond image for conditions of release.* (cg1) (Additional attachment(s) added on 10/8/2021: # 1 Restricted Bond with 7th Page) (cg1). (Entered: 10/08/2021) |
| 10/08/2021 | 7 | | ORDER OF REMOVAL ISSUED to the District of Columbia as to Donnie Duane Wren. Closing Case for Defendant. Signed by Magistrate Judge Lisette M. Reid on 10/8/2021. *See attached document for full details.* (cg1) (Entered: 10/08/2021) |
| 10/08/2021 | 8 | | Notice of Criminal Transfer to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Donnie Duane Wren. Your case number is: 1:21−cr−00599. Docket sheet and documents attached. If you require certified |

| | | | |
|---|---|---|---|
| | | | copies of any documents, please call our Records Section at 305–523–5210. *Attention Receiving Court*: If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov. (cg1) (Entered: 10/08/2021) |
| 10/12/2021 | 9 | | Unopposed MOTION to Vacate *Order Requiring CJA Payment* by Donnie Duane Wren. Attorney Elizabeth Blair added to party Donnie Duane Wren(pty:dft). (Attachments: # 1 Text of Proposed Order)(Blair, Elizabeth) (Entered: 10/12/2021) |
| 10/14/2021 | 10 | | ORDER granting 9 Motion to Vacate Order Requiring CJA Payment as to Donnie Duane Wren (1). Signed by Magistrate Judge Lisette M. Reid on 10/14/2021. *See attached document for full details.* (br) (Entered: 10/14/2021) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-3975-MJ-REID

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONNIE DUANE WREN,

    Defendant.
_____/

**UNOPPOSED MOTION TO VACATE ORDER REQUIRING CJA PAYMENT**

Donnie Duane Wren, through undersigned counsel, respectfully requests that this Court vacate its previously issued Order requiring that he contribute $500.00 toward the cost of his defense. In support of this motion, Mr. Wren states as follows.

On October 7, 2021, Mr. Wren made his initial appearance in THE Southern District of Florida. DE 3. This Court appointed the Federal Public Defender's Office and set a stipulated $50,000 personal surety bond. *Id*. The Court also issued an Order of Removal, as the Indictment was filed against Mr. Wren in the District of Columbia. DE 7.

Additionally, the Court ordered that Mr. Wren contribute $500.00 towards the cost of his defense, due October 15, 2021. DE 5. The Court ordered that "unless such payment is made on or before stated date the Court may terminate the appointment of counsel as the interest of justice may dictate." *Id*.

On October 12, 2021, Mr. Wren made his initial appearance via zoom in the

4

District of Columbia in case 21-cr-00599. He answered several financial questions, and will ascertain whether the Court will provide appointed counsel next week. In the meantime, Mr. Wren has reached out to private counsel to discuss representation.

As undersigned counsel was appointed only for bond and removal matters, the case has been removed to the District of Colombia, and Mr. Wren is in the process of securing representation in the charging district, undersigned requests that the Order requiring the payment be vacated. It appears that the Court in the District of Columbia will perhaps appoint an attorney, or Mr. Wren may hire counsel.

Undersigned counsel contacted AUSA Michael Romano, who has no objection to the Court vacating the Order.

WHEREFORE Mr. Wren respectfully requests that the Court vacate its previously issued Order, DE 5, requiring that he contribute $500.00 towards the cost of his defense.

                        MICHAEL CARUSO
                        FEDERAL PUBLIC DEFENDER

BY:   s/ *Elizabeth Blair*
        Elizabeth Blair
        Assistant Federal Public Defender
        Fla. Bar No. 106280
        150 West Flagler Street, Suite 1700
        Miami, Florida 33130-1555
        Telephone No. (305) 530-7000
        Fax: (305) 536-4559
        E-mail: Elizabeth_Blair@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on **October 12, 2021**, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY: s/*Elizabeth Blair*
Elizabeth Blair

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-3975-MJ-REID

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONNIE DUANE WREN,

    Defendant.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO VACATE ORDER REQUIRING CJA PAYMENT

This cause is before this Court on the Defendant's Unopposed Motion to Vacate Order Requiring CJA Payment. The Court, having reviewed said motion and being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is **GRANTED**. The Order requiring CJA payment in the amount of $500.00 previously entered on October 8, 2021 is hereby Vacated.

DONE AND ORDERED in Chambers at Miami, Florida this _____ day of October, 2021.

                                                          **LISETTE M. REID**
                                                          **UNITED STATES MAGISTRATE JUDGE**

cc:    Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-3975-MJ-REID

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONNIE DUANE WREN,

    Defendant.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO VACATE ORDER REQUIRING CJA PAYMENT

This cause is before this Court on the Defendant's Unopposed Motion to Vacate Order Requiring CJA Payment. The Court, having reviewed said motion and being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is **GRANTED**. The Order requiring CJA payment in the amount of $500.00 previously entered on October 8, 2021 is hereby Vacated.

DONE AND ORDERED in Chambers at Miami, Florida this 14th day of October, 2021.

                                                _____
                                              LISETTE M. REID
                                              UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record